396 A.2d 829

Commonwealth v. Wilson, Appellant.

620

Argued October 23, 1978. Benjamin L. Costello, for appellant; Davis S. Posner, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence affirmed.